# Exhibit D

1283

## SUMMONS (FAMILY LAW)
### ON AMENDED PETITION

**CITACION JUDICIAL — DERECHO DE FAMILIA**

NOTICE TO RESPONDENT (Name): TERRY ALLEN JONES
AVISO AL DEMANDADO (Nombre):

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

You are being sued. *A usted le estan demandando.*

PETITIONER'S NAME IS: ERIN CASEY JONES
EL NOMBRE DEL DEMANDANTE ES:

**FILED**
LOS ANGELES SUPERIOR CO
JUN 26 2001
JOHN A. CLARKE, CLERK
BY S. WARD, DEPUTY

CASE NUMBER (Número del Caso): MD022778

You have **30 CALENDAR DAYS** after this *Summons* and *Petition* are served on you to file a *Response* (form 1282) at the court and have a copy served on the petitioner. A letter or phone call will not protect you.

If you do not file your *Response* on time, the court may make orders affecting your marriage, your property, and custody of your children. You may be ordered to pay support and attorney fees and costs. If you cannot pay the filing fee, ask the clerk for a fee waiver form.

If you want legal advice, contact a lawyer immediately.

*Usted tiene 30 DIAS CALENDARIOS después de recibir oficialmente esta citación judicial y petición, para completar y presentar su formulario de Respuesta (Response form 1282) ante la corte. Una carta o una llamada telefónica no le ofrecerá protección.*

*Si usted no presenta su Respuesta a tiempo, la corte puede expedir órdenes que afecten su matrimonio, su propiedad y que ordenen que usted pague mantención, honorarios de abogado y las costas. Si no puede pagar las costas por la presentación de la demanda, pida al actuario de la corte que le dé un formulario de exoneración de las mismas (Waiver of Court Fees and Costs).*

*Si desea obtener consejo legal, comuníquese de inmediato con un abogado.*

**NOTICE** *The restraining orders on the back are effective against both husband and wife until the petition is dismissed, a judgment is entered, or the court makes further orders. These orders are enforceable anywhere in California by any law enforcement officer who has received or seen a copy of them.*

*AVISO Las prohibiciones judiciales que aparecen al reverso de esta citación son efectivas para ambos cónyuges, tanto el esposo como la esposa, hasta que la petición sea rechazada, se dicte una decisión final o la corte expida instrucciones adicionales. Dichas prohibiciones pueden hacerse cumpliren cualquier parte de California por cualquier agente del orden público que las haya recibido o que haya visto una copia de ellas.*

1. The name and address of the court is *(El nombre y dirección de la corte es)*:
SUPERIOR COURT OF CALIFORNIA
38256 NORTH SIERRA HIGHWAY
PALMDALE CA 93550
NORTH DISTRICT

2. The name, address, and telephone number of petitioner's attorney, or petitioner without an attorney, is
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es)*:
Prepared by Hi-Desert Family Paralegal Center for (661)945-5579
ERIN CASEY JONES     LDA #16
1158 W IVYTON         LA COUNTY
LANCASTER CA 93534

Date (Fecha): JUN 26 2001 JOHN A. CLARKE, CLERK Clerk (Actuario), by _____, Deputy
S. WARD

[SEAL]

NOTICE TO THE PERSON SERVED: You are served
[X] as an individual, or
[ ] on behalf of respondent who is a
    [ ] minor
    [ ] ward or conservatee
[ ] other:

000017

(Read the reverse for important information.)
*(Lea el reverso para obtener información de importancia.)*

Form Adopted for Mandatory Use
Judicial Council of California
Rule 1283 (Rev. January 1, 2001)

**SUMMONS**
ON AMENDED PETITION
(Family Law)

Family Code, §§ 232, 233, 2040, 7700;
Code of Civil Procedure, §§ 416.60-416.90;
Cal. Rules of Court, rule 1216
PHEAA/Jones 01236

3\

1281

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Prepared by Hi-Desert Family Paralegal Center for<br>ERIN CASEY JONES           LDA #16<br>1158 W IVYTON                     LA COUNTY<br>LANCASTER CA  93534<br>TELEPHONE NO. (Optional): (661) 945-5579   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name):  IN PRO PER | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF  LOS ANGELES<br>STREET ADDRESS:  38256 NORTH SIERRA HIGHWAY<br>MAILING ADDRESS:  SAME<br>CITY AND ZIP CODE:  PALMDALE CA  93550<br>BRANCH NAME:  NORTH DISTRICT | **FILED**<br>LOS ANGELES SUPERIOR COURT<br>JUN 2 6 2001<br>JOHN A. CLARKE, CLERK<br>BY S. WARD, DEPUTY |

MARRIAGE OF
PETITIONER:   ERIN CASEY JONES

RESPONDENT:  TERRY ALLEN JONES

| PETITION FOR | CASE NUMBER: |
|---|---|
| [X] Dissolution of Marriage<br>[ ] Legal Separation<br>[ ] Nullity of Marriage         [X] AMENDED | MD022778 |

1. RESIDENCE (Dissolution only) [X] Petitioner  [ ] Respondent  has been a resident of this state for at least six months and of this county for at least three months immediately preceding the filing of this *Petition for Dissolution of Marriage.*

2. STATISTICAL FACTS
    a. Date of marriage:  8/24/90
    b. Date of separation:  4/10/00
    c. Period between marriage and separation
       Years: 9      Months: 7

3. DECLARATION REGARDING MINOR CHILDREN *(include children of this relationship born prior to or during the marriage or adopted during the marriage):*
    a. [ ] There are no minor children.
    b. [X] The minor children are:

| Child's name | Birth date | Age | Sex |
|---|---|---|---|
| NOAH HENRY MICHAEL JONES | 3-8-94 | 7 | M |
| KOBE BENJAMIN JONES | 12-17-96 | 4 | M |

   [ ] Continued on Attachment 3b.
   c. If there are minor children of the Petitioner and Respondent, a completed *Declaration Under Uniform Child Custody Jurisdiction and Enforcement Act (UCCJEA)* (form MC-150) must be attached.
   d. [ ] A completed voluntary declaration of paternity regarding minor children born to the Petitioner and Respondent prior to the marriage is attached.

4. [X] Petitioner requests confirmation as separate property assets and debts the items listed
    [ ] in Attachment 4   [X] below:
    Item                                                                 Confirm to
    All property acquired prior to the date of marriage, during the marriage by gift, inheritance, devise or descent, or after the date of separation with post separation earnings or any and all right to re-imbursement pursuant to Family Code Section 2640 to be awarded to acquiring party.

000014

NOTICE: Any party required to pay child support must pay interest on overdue amounts at the "legal" rate, which is currently 10 percent.

(Continued on reverse)

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>Rule 1281 [Rev. January 1, 2001] | PETITION<br>(Family Law) |  | Family Code, §§ 2330, 3409;<br>Cal. Rules of Court, rule 1215 |



ATTACHMENT #5c   JONES   VS   JONES

To Petitioner:

a. Family residence located at 1158 West Ivyton, Lancaster, CA 93534 and all encumbrances thereof; legal to follow.

b. Entire STRS Retirement/Savings through her employment with Antelope Valley Union High School District.

c. 1992 Volvo 940, License #3UWR869.

d. Will claim minor child, KOBE, for income tax exemption.

To Respondent:

a. Family residence located at 16143 Calle El Capitan, Santa Clarita, CA 91350 and all encumbrances thereof; legal to follow.

b. Entire STRS Retirement/Savings through his employment with Antelope Valley Union High School District.

c. 1978 BMW R100S Motorcycle.

d. Will claim minor child, NOAH, for income tax exemption.

e. Will maintain his present Life Insurance coverage with both minor children as equal beneficiaries.

e. Will be responsible for William D. Ford Consolidation loan.

To Each Party Equally:

a. Will maintain present medical and dental insurance coverage on both minor children.

000016

ERIN CASEY JONES, Petitioner in pro per



PHEAA/Jones-01238

| | | MC-150 |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Mailing Address): <br> Prepared by Hi-Desert Family Paralegal Center for <br> ERIN CASEY JONES          LDA #16 <br> 1158 W IVYTON              LA COUNTY <br> LANCASTER CA  93534 <br> ATTORNEY FOR (Name): IN PRO PER | TELEPHONE NO.: <br> (661) 945-5579 | FOR COURT USE ONLY <br><br> **FILED** <br> LOS ANGELES SUPERIOR COURT <br> JUN 26 2001 <br> JOHN A. CLARKE, CLERK <br> BY S. WARD, DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 38256 NORTH SIERRA HIGHWAY
MAILING ADDRESS: SAME
CITY AND ZIP CODE: PALMDALE CA 93550
BRANCH NAME: NORTH DISTRICT

CASE NAME: ERIN CASEY JONES
VS
TERRY ALLEN JONES

| DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA) | CASE NUMBER: <br> MD022778 |
|---|---|

1. I am a party to this proceeding to determine custody of a child.
2. ☐ Declarant's present address is not disclosed. It is confidential under Family Code section 3409. The address of children presently residing with declarant is identified on this declaration as confidential.
3. (Number): TWO           minor children are subject to this proceeding as follows:
   *(Insert the information requested below. The residence information must be given for the last FIVE years.)*

| a. Child's name <br> NOAH HENRY MICHAEL JONES | Place of birth <br> SEATTLE WA | Date of birth <br> 3-8-94 | Sex <br> M |
|---|---|---|---|
| Period of residence <br><br> 4/10/00 to present | Address <br> 1158 W IVYTON <br> LANCASTER CA <br> ☐ Confidential | Person child lived with (name and present address) <br> ERIN CASEY JONES <br> SAME | Relationship <br> MOTHER |
| BIRTH to 4/10/00 | 1158 W IVYTON <br> LANCASTER CA | ERIN & TERRY JONES | PARENTS |
| to | | | |
| to | | | |
| to | | | |

| b. Child's name <br> KOBE BENJAMIN JONES <br> ☒ Residence information is the same as given above for child a. <br> (If NOT the same, provide the information below.) | Place of birth <br> LANCASTER CA | Date of birth <br> 12-17-96 | Sex <br> M |
|---|---|---|---|
| Period of residence <br><br> to present | Address <br><br> ☐ Confidential | Person child lived with (name and present address) | Relationship |
| to | | | |
| to | | | |
| to | | | |

000012

c. ☐ Additional children are listed on Attachment 3c. *(Provide requested information for additional children on an attachment.)*
(Continued on reverse)

| Form Approved for Optional Use <br> Judicial Council of California <br> MC-150 [Rev. January 1, 2001] | **DECLARATION UNDER UNIFORM CHILD CUSTODY JURISDICTION AND ENFORCEMENT ACT (UCCJEA)** | Family Code, § 3400 et seq. <br> Probate Code, §§ 1510(f), 1512 |
|---|---|---|

PHEAA/Jones 01239